IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

EITAN SOBEL, M.D.,

          Plaintiff,

    vs.                                        Case No.: 08-CV-4001-SAC

COLMERY-O'NEIL VA
MEDICAL CENTER,

          Defendant.

## NOTICE OF REMOVAL

The United States of America files this Notice of Removal of the hereinafter mentioned action from the District Court of Shawnee County, Kansas, Case No. 07 C 1672, to the United States District Court for the District of Kansas. Pursuant to 28 U.S.C. §1441(a), the United States alleges and states:

1.    The United States of America removes this action by authority of the Attorney General of the United States.

2.    The Colmery-O'Neil Veterans Administration Medical Center (Hospital) has been named as a party defendant in a civil action pending in the District Court of Shawnee County, Kansas, captioned Eitan Sobel, MD v. Colmery-O'Neil VA Medical Center, Case No. 07C 1672.

3.    The Hospital is not a proper party defendant. The Hospital is part of the VA which is an agency of the United States. As such, the U.S. should be substituted as the Defendant in this action.

4.    Defendant first learned of this action on December 12, 2007, when a copy of the petition was delivered to the hospital.[1]

---

[1] The defendant had not been properly served.

5. A copy of the petition delivered to the Hospital is attached hereto, marked as Exhibit A, and incorporated as a part of this Notice by reference.

6. The United States, pursuant to Title 28 U.S.C. §§ 1441(a) and 1446, has the right, at its election and without bond, to remove said action from the District Court of Shawnee County, Kansas, to the United States District Court for the District of Kansas and does elect to remove said action.

WHEREFORE, the United States of America, respectfully submits notice that Case No.07 C 1672, pending in the District Court of Shawnee County, Kansas, is hereby removed from that court to the United States District Court for the District of Kansas.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

*s/David D. Plinsky*
DAVID D. PLINSKY
Assistant United States Attorney
Ks. S.Ct. No. 09499
444 SE Quincy
Topeka, KS 66683-3592
Telephone: (785) 295-2850
Facsimile: (785) 295-2853
E-mail:   David.D.Plinsky@usdoj.gov
Attorneys for United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participant:

Eitan Sobel, MD
2205 Portside Lane
Osage Beach, MO 65065
   Pro se Plaintiff

*/s/David D. Plinsky*
DAVID D. PLINSKY
Assistant United States Attorney